No. 85–5130.   KARABIN v. PETSOCK, SUPERINTENDENT, PENNSYLVANIA STATE CORRECTIONAL INSTITUTION AND DIAGNOSTIC AND CLASSIFICATION CENTER.   C. A. 3d Cir.   Certiorari denied.

No. 85–5132.   REYES v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 85–5135.   FLEMING v. ALABAMA.   Ct. Crim. App. Ala. Certiorari denied.

No. 85–5136.   BURNETT v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 85–5137.   KNOX v. TEAMSTERS UNION LOCAL 222 ET AL. C. A. 10th Cir.   Certiorari denied.

No. 85–5138.   ANDERSON v. STAGNER, SUPERINTENDENT, CORRECTIONAL TRAINING FACILITY, ET AL.   C. A. 9th Cir. Certiorari denied.

No. 85–5139.   FERGUSON v. UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 85–5142.   MILLER ET AL. v. DILLON ET AL.   C. A. 7th Cir. Certiorari denied.

No. 85–5143.   OATES v. UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 85–5144.   OWENS v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 85–5146.   CLEMENTS v. WEST VIRGINIA.   Sup. Ct. App. W. Va.   Certiorari denied.

No. 85–5151.   HOWARD v. HOWARD.   Sup. Ct. Ind.   Certiorari denied.

No. 85–5152.   WILLIAMS v. ROCKWELL INTERNATIONAL ET AL. C. A. 9th Cir.   Certiorari denied.

No. 85–5153.   FOSTER v. NEW YORK.   Ct. App. N. Y.   Certiorari denied.